**HAMILTON MATERIALS INC., a California corporation, Plaintiff-counter-defendant—Appellant,**

v.

**DOW CHEMICAL CORPORATION, a Delaware corporation e/s/a DOW Chemical Company; et al., Defendants—Appellees,**

**Union Carbide Corporation, a New York corporation, Defendant-counter-claimant—Appellee.**

No. 05–55976.

United States Court of Appeals, Ninth Circuit.

July 12, 2007.

Todd Ringstad, Esq., Law Offices of Todd C. Ringstad, Irvine, CA, Kevin P. Parker, Esq., Lanier Law Firm, P.C., Houston, TX, for Plaintiff-counter-defendant—Appellant.

Bruce McLeod, Esq., Filice Brown Eassa & McLeod, LLP, Oakland, CA, Mark Simon Kannett, Esq., Susan Beneville, Esq., Becherer Kannett & Schweitzer, Emeryville, CA, Christopher M. Amantea, Esq., Robert Pryor, Esq., McDernitt Will & Emery, Margaret I. Johnson, Esq., McKenna & Cuneo, William J. Sayers, Esq., McKenna Long & Aldridge LLP, Los Angeles, CA, for Defendants–Appellees.

Peter A. Bicks, Orrick Herrington & Sutcliffe, New York, NY, Mark R. Ter Molen, Esq., Mayer Brown Rowe & Maw, LLP, Chicago, IL, William W. Oxley, Esq.,

Orrick Herrington & Sutcliffe, LLP, Los Angeles, CA, for Defendant–counter–claimant—Appellee.

Before: FARRIS and GOULD, Circuit Judges, and DUFFY,* Senior Judge.

ORDER

The Mandate issued on June 22, 2007 is recalled. Appellee's Request to Publish the memorandum disposition is GRANTED. The memorandum disposition filed on May 31, 2007 is withdrawn. A published opinion authored by Judge Duffy shall be filed. The Mandate shall reissue forthwith when the opinion is filed.